

# NUMBER 13-11-00491-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE INTEREST OF K.D.C., D.M.C. & M.N.C.

---

### On appeal from the 148th District Court
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Amy Leal, perfected an appeal from a judgment entered by the 148th District Court of Nueces County, Texas, in cause number 08-3341-E. Appellant has filed a motion to dismiss the appeal on grounds that she no longer wishes to prosecute this appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby

DISMISSED.   Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.   Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
19th day of July, 2012.